UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Guevara

                        **Plaintiff(s),**

                **- against -**

Golden Star Deli Inc. et al

                        **Defendant(s),**

------------------------------------------------------------X

23 Civ. 05258 (JHR)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 6/21/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Golden Star Deli Inc. by personally serving Nancy Dougherty, and proof of service was therefore filed on 7/27/2023, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      January 29, 20 24

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** K. Mango
**Deputy Clerk**

SDNY Web 3/2015