UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTA GUEVARA,

       Plaintiff,

    -v.-

GOLDEN STAR DELI INC.,

       Defendant.

23 Civ. 05258 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

  On January 19, 2024, the Court directed Plaintiff to move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute.  *See* ECF No. 8 (detailing Defendant's failure to respond to the Complaint).  Upon Plaintiff's application, ECF Nos. 9-11, on January 29, 2024, the Clerk of Court issued a certificate of default as Defendant, ECF No. 12.  On April 16, 2024, Plaintiff moved for a default judgment against Defendant, ECF No. 15, and filed a memorandum of law, affidavit, and declaration in support of the motion, ECF Nos. 15-18.

  Plaintiff's papers in support of her motion are in good order.  If Defendant wishes to oppose the motion, then its counsel shall, (1) by **February 16, 2026**, enter a notice of appearance, and (2) by **February 23, 2026**, file an opposition explaining why a default judgment is not warranted.

  Plaintiff has already filed proof of service of the papers in support of the motion.  ECF No. 218-7.  By no later than **February 11, 2026**, Plaintiff shall serve Defendant with this Order and file proof of service on the docket.

  SO ORDERED.

Dated: February 9, 2026
   New York, New York

               _____
               JENNIFER H. REARDEN
               United States District Judge