UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTA GUEVARA.,

                              Plaintiff,

                   -v.-

GOLDEN STAR DELI INC.,

                              Defendant.

25 Civ. 05258 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

On June 21, 2023, Plaintiff Marta Guevara commenced this action against Defendant

Golden Star Deli Inc., for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.,

and Articles 6 and 19 of the New York Labor Law, including the Wage Theft Prevention Act. [1]

ECF No. 1 ¶¶ 1–2.  Plaintiff seeks, *inter alia*, unpaid minimum wages, unpaid overtime wages,

liquidated and statutory damages, pre- and post-judgment interest, injunctive and declaratory

relief, and attorneys' fees and costs.  *Id*. ¶ 2.  Defendant was served with the summons and

complaint on July 21, 2023.  ECF No. 7.  Its answer was therefore due on August 11, 2023.  *See*

Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after

being served with the summons and complaint.").  Defendant has not answered or otherwise

appeared.

Upon Plaintiff's applications, ECF Nos. 10 and 11, on January 29, 2024, the Clerk of

Court issued a certificate of default, ECF No. 12.  On April 16, 2024, Plaintiff moved for a

default judgment pursuant to Federal Rule of Civil Procedure 55.  ECF No. 15.  The Court has

reviewed Plaintiff's motion for a default judgment and supporting submissions.  ECF Nos. 16-

18.  "Because proof of service has been filed, [D]efendant[] ha[s] not answered the complaint,

---

[1] The Complaint also named Sidiq Mohamed Alrobeyee ("Alrobeyee") as a Defendant.  *See* ECF No. 1.  On April 10, 2024, "because service still ha[d] not been effected, more than six months after the Rule 4(m) deadline and nine months after initiating this action," the Court "dismiss[ed] without prejudice the claims against Alrobeyee pursuant to Rule 4(m)."  ECF No. 14.

the time for answering the complaint has expired, and [D]efendant[] ha[s] failed to appear to contest entry of a default judgment . . . the Court enters a default judgment for [P]laintiff against the [D]efendant[]." *Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021 WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment).

By separate Order, the Court will refer this case to Magistrate Judge Ona T. Wang for an inquest. By **March 4, 2026**, Plaintiff shall serve this Order upon Defendants and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

Dated: March 2, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge