UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTA GUEVARA, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,<br>Plaintiff<br>-v.-<br>GOLDEN STAR DELI INC., et al.,<br>Defendants. | 23 Civ. 5258 (JHR)<br>ORDER |

JENNIFER H. REARDEN, District Judge:

On June 22, 2026, Plaintiff filed a notice of voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of this Fair Labor Standards Act ("FLSA") case against Defendant Golden Star Deli Inc.[1] ECF No. 28. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022), the Second Circuit concluded that where parties seek to voluntarily dismiss FLSA claims without prejudice under Rule 41(a)(1)(A), the Court must "inquire whether the parties had reached a settlement" to ensure that dismissal does not allow the parties to "evade *Cheeks* review." *Id.* at 807, 810-11. As a result, the Court cannot endorse Plaintiff's notice of dismissal without conducting diligence.

The Court will accept a notice of dismissal under Rule 41(a)(1)(A)(i) if Plaintiff certifies that there has been no settlement of FLSA claims. Counsel shall review the Second Circuit's opinion in *Samake* and file a sworn affidavit in support of the notice of dismissal at ECF No. 28 by **August 5, 2026**.

---

[1] On April 10, 2024, the Court dismissed the claims against Defendant Sidiq Mohamed Alrobeyee without prejudice after Plaintiff had failed to either effect service on Defendant Alrobeyee or show good cause for failure to file proof of service. ECF No. 14.

SO ORDERED.

Dated: July 29, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge